# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**THOMAS BURRELL**                                                                  **PLAINTIFF**

**NO. 4:17CV00170-DMB-JMV**

**WAYNE CARLISLE,** *Individually, et al*.                                **DEFENDANTS**

## ORDER OF RECUSAL

On June 1, 2018, the undersigned United States Magistrate Judge held a telephonic conference in this matter with counsel for the parties and Plaintiff Thomas Burrell. During the conference the undersigned disclosed having formerly represented, in private practice, a witness whom the parties agree is a key player in this litigation. Despite no party having any objection to my continued assignment to the case, upon further reflection, the undersigned, nevertheless, feels it is appropriate to recuse pursuant to 28 U.S.C. § 455(a). Accordingly, the Clerk is directed to assign this case to another Magistrate Judge.

This, the 4th day of June, 2018.

/s/ Jane M. Virden
U. S. MAGISTRATE JUDGE