**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**THOMAS BURRELL**                                                        **PLAINTIFF**

**V.**                                                                  **NO. 4:17-CV-170-DMB**

**ANGELA WELTING, Personal
Representative and Executrix of the
Estate of Wayne M. Carlisle; and
DEER CREEK FARM, INC.**                                     **DEFENDANTS**

## ORDER

Trial in this case commenced December 6, 2021. During the course of the trial, Thomas Burrell withdrew his claims for race discrimination against Angela Welting and Deer Creek Farms; his claims for breach of contract, tortious breach of contract, intentional misrepresentation/fraud, and promissory estoppel/equitable estoppel/detrimental reliance against Deer Creek Farm; and his fraud claim against Welting. Also during the course of trial, Welting withdrew her counterclaim for fraud against Burrell. Accordingly, all such withdrawn claims are **DISMISSED with prejudice**.

**SO ORDERED**, this 13th day of December, 2021.

                                                                          /s/Debra M. Brown
                                                                          **UNITED STATES DISTRICT JUDGE**