IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**THOMAS BURRELL**                                                            **PLAINTIFF**

**V.**                                              **NO. 4:17-CV-170-DMB**

**ANGELA WELTING, Personal
Representative and Executrix of the
Estate of Wayne M. Carlisle; and
DEER CREEK FARM, INC.**                                        **DEFENDANTS**

## ORDER

In accordance with the Court's oral rulings at trial:

1. Deer Creek Farm, Inc.'s oral motion for judgment as a matter of law on Thomas Burrell's claims against Deer Creek for civil conspiracy and tortious interference with contract is **GRANTED**.

2. The oral motion for judgment as a matter of law of Angela Welting, as personal representative and executrix of the Estate of Wayne M. Carlisle, on Burrell's claims against Welting is **GRANTED in Part and DENIED in Part**. It is GRANTED on Burrell's claims for civil conspiracy, breach of contract regarding the Deer Creek property, tortious breach of contract regarding the Deer Creek property, and punitive damages. It is DENIED in all other respects.

3. Burrell's oral motion for judgment as a matter of law on Welting's counterclaim against Burrell for trespass is **DENIED**.

**SO ORDERED**, this 17th day of December, 2021.

                                                        /s/Debra M. Brown
                                                        **UNITED STATES DISTRICT JUDGE**