IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**THOMAS BURRELL**                                                                             **PLAINTIFF**

V.                                                                                     **NO. 4:17-CV-170-DMB**

**ANGELA WELTING, Personal**
**Representative and Executrix of the**
**Estate of Wayne M. Carlisle; and**
**DEER CREEK FARM, INC.**                                               **DEFENDANTS**

## AMENDED FINAL JUDGMENT

In accordance with the order entered this day, judgment is entered in favor of Angela Welting against Thomas Burrell in the amount of $577,500.

**SO ORDERED**, this 21st day of September, 2022.

                                                                       **/s/Debra M. Brown**
                                                                       **UNITED STATES DISTRICT JUDGE**